### FEDERAL TRUCK LINES, Inc., Movant v. CAFE SERVICE, Inc., Opposed.

Court of Appeals of Kentucky.

Nov. 30, 1951.

William Mellor, Louisville, for movant.

Wm. S. Heidenberg, Louisville, for opposed.

PER CURIAM.

Judgment for plaintiff for $434.97 for damage to shipment of meat.

Appeal denied. Judgment affirmed.